Your Name: Sergey Firsov

Your Address: 333 Escuela ave, #141, Mountain view ca

Phone Number: 650-2106804

Email Address: sfirsov1972@gmail.com

Pro Se Plaintiff

**FILED**

NOV 12 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sergey Firsov | Case Number [leave blank] |
| Plaintiff, | CV25-09746 JCS |
| v. | **COMPLAINT** |
| MARRIOTT INTERNATIONAL, INC et al | |
| Defendant. | **DEMAND FOR JURY TRIAL** |
| | Yes ☐   No ■ |

## I.    PARTIES

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: Sergey Firsov

Address: 333 Escuela ave, apt 141, Mountain view, CA 94040

Telephone: 650-2106804

2. Defendants. [Write each defendant's full name, address, and phone number.]

Defendant 1:

Name: MARRIOTT INTERNATIONAL, INC

Address: 7750 WISCONSIN AVENUE, BETHESDA, MD 20814

Telephone: (800) 627-7468

Defendant 2:

| | | |
|---|---|---|
| 1 | Name: | **UNITED AIRLINES, INC** |
| 2 | Address: | **233 S. WACKER DRIVE, 14TH FLOOR, WHQCT, CHICAGO, IL 60606** |
| 3 | Telephone: | **(800) 864-8331** |
| 4 | Defendant 3: | |
| 5 | Name: | **DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT** |
| 6 | Address: | **VENLOER STRASSE 151-153, COLOGNE NW, GERMANY, 50672** |
| 7 | Telephone: | **(800) 645-3880** |

8

## II.    JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3.  My case belongs in federal court

■ under <u>federal question jurisdiction</u> because it involves a federal law or right.

Which federal law or right is involved?
Monteal convention, tortious interference with international contracts

☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

## III.    VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.

4.  Venue is appropriate in this Court because:

■ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

## IV. INTRADISTRICT ASSIGNMENT

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville.

First write in the county in which the events you are suing about happened, and then match it to the correct

division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco,

San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa

Cruz counties. The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino

counties, only if all parties consent to a magistrate judge.

5. Because this lawsuit arose in ___San Francisco_____ County, it should be assigned to the
   ___San Francisco_____ Division of this Court.

## V. STATEMENT OF FACTS

Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events

happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph,

**starting with paragraph number 6**. Use more pages as needed.

on 10/30/21 Plaintiff has got offer from Marriott to register for complimentary United MileagePlus silver

status. Plaintiff accepted & linked accounts, followed advertisings and purchased hotels\flights only there.

On 12/02/24 Plaintiff completed 75 nights and became Marriott Titanium member AGAIN.

On 12/18/24 Plaintiff called to Marriott support to remind about promise, they confirmed

United benefits in 10 days. Every month Plaintiff wrote Defendants email with request

to match programs as promised, but every time Defendants promised to do it in 10 days.

From 12/02/24 Plaintiff has got multiple flights on StartAlliance, where United/Lufthansa are member.

Plaintiff should have got United Silver benefits as 1 FREE baggage 50Lb and upgrade to Economy PLUS seats.

But Plaintiff paid $40/75 for baggage every time and was not able to get free upgrade to more comfortable seats

because Defendants could not complete a battle between each other how to provide status match.

Only on 05/09/25 Plaintiff has got United MileagePlus silver status match with delay 5 months.

Plaintiff missed upgrade to more comfortable seats from 12/02/24 on all flights and got emotional distress.

According to articles 1.3 and 36 all flights were international, even with short domestic connection

On 05/20/25 Plaintiff sent to Defendants request to opt-out form to skip mandatory arbitrartion, because loyalty

contracts have this requirenment. United airlines just refunded $40 fee for baggage for each flight.

Marriott just added points instead of money for missing upgrades and paid baggage fee.

On 12/06/24 Plaintiff has got flights Swiss LX39 SFO-ZRH and LX1352 ZRH-WAW without upgrade.

On 12/08/24 Plaintiff has got flights Lufthansa LH1353 WAW-FRA and LH462 FRA-MIA without upgrade.

Plaintiff paid $793.11 for ticket. Plaintiff should not pay for free baggage, but forced to pay $75.

On 01/05/25 Plaintiff has got flights Avianca AV218 EZE-BOG, AV382 BOG-SAL and AV560 SAL-SFO without upgrade

Ticket costs Plaintiff 29'400 Lifemiles & $117.90 taxes.. 1K miles is $33, so Plainttiff paid total $1'107.90 (=30K*$33 + $117.90)

On 02/02/25 Plaitiff has got flight United UA1757 IAD-SFO without upgrade and paid $40 for free baggage.

Ticket costs Plaintiff 15'000 United miles & $5.60 taxes. 1K miles is $35, so Plaintiff paid $530.60 (=15K*$35 + $5.60)

On 03/07/25 Plaitiff has got flight United UA8828 SFO-FRA and UA8890 FRA-WAW without upgrade.

Ticket costs Plaintiff $504.05

On 03/09/25 Plaintiff has got flight Air Canada UA8447 YYZ-SFO without upgrade. Ticket costs Plaintiff $146.11

On 03/20/25 Plaintiff has got flights Lufthansa UA8882 SFO-MUC, UA9495 MUC-WAW, UA9424 WAW-FRA,

and UA9658 FRA-PHL without upgrade and has to pay $75 and $100 for free baggages.

On 03/24/25 Plaintiff has got flight United UA487 ATL-SFO without upgrade and has to pay $40 for free baggage.

Ticket costs Plaintiff $1'041.18

On 04/20/25 Plaintiff has got flight Air Canada AC696 YYZ-YYT without upgrade.

Ticket costs Plaintiff $1'162.29

Marriott run their promise as expected in 2021, so Plaintiff became United silver immediately.

But, Marriott fail to run their promise in 2024, so Plaintiff had flights 5 months without upgrade to PLUS seats

and paid 40$ to United and $75 for Lufthansa/Swiss airlines for free first baggage.

On 04/23/25 Plaintiff purchased round-trip ticket on United airlines, booking E5RSF2 and paid $1187.27

On 04/24/25 Plaintiff added pet in cabin to Lufhansa airlines and paid $130. On 04/24/25

Plaintiff called to United airlines and asked to reserve a space for pet in cabin. Defendant refused

to do it without pay. Plaintiff has to pay $150. But, United airlines illegally holds Plaintiff's money 3 days.

Defendants asked money because they don't have ability to add it FREE OF CHARGE.

Plaintiff has got emotional ditress due this acts of Defendants.

## VI.    CLAIMS

### First Claim

Name the law or right violated:

Montreal convention 1999 (MC99) - delay passenger and baggage

Name the defendants who violated it:

UNITED AIRLINES, INC and DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

According to article 19 of Montreal Convention airline is responsible for delay of baggage and passenger.

Forcing to pay for 1st baggage that should be free to silver members on all StarAlliance arlines

considered as deny boarding and delay of passenger/baggage. Plaintiff paif for 1st free baggage.

According to articles 22 of Montreal convention passenger has a right to compensation to reimburse expenses:

4150 SDR to passenger delay and 1000 SDR for baggage delay for each flight (1SDR=$1.44)

Compensation should be in money. Compensation in amount of points or miles is voluntarily.

This cap is not applied if airline acted by negligence or intentionally according to article 22.5 of MC99.

Airline can avoid liability according to article 20 of MC99 only in case of extraordinary circumstanses and provided

reasonable measures. Plaintiff has got emotional distress due this act of Defendants to refuse providing status ontime

Under articles 1.3 and 36 of Montreal convention all domestic connections together with international trip

considered as single internaitonal trip. So, all domestic flights are continuance of international round-trip

Defendants should reimburse actual expenses on baggage and refund ticket price as breach of contract.

Each airline has duty of care to passengers and baggage. Also duty to respect and handle tickets.

Defendants breached this duty and hide free baggage and charge fee for 1st paid baggage.

As trip started/ended in SFO - in California this is called unjust enrichment or theft.

_____ 2 _____ **Claim**

Name the law or right violated:

**Unjust enrichment**

Name the defendants who violated it:

**UNITED AIRLINES, INC and DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT**

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

United charged Plaintiff $40 for 1st baggage that should be free under silver status, so Defendants took baggage and money.

Lufthansa charged Plaintiff $75 for 1st baggage that should be free under silver status, so Defendants took baggage and money.

In California unjust enrichment qualified as theft. Airlines kept money that were not owed.

Plaintiff lost money for baggage and lost ticket becase denied boarding due non-payment, It's unfair

Defendants have problems with money and they need each dollar for each baggage.

Defendants should refund Plaintiff all expenses and pay prejudgment interest 10% for using Plaintiff's money

Defendants violated Montreal convention and automatically breached contracts of carriage

when denied boarding for non-payment of free baggage. Plaintiff has to get baggage

in cabin as carry-on baggage to save money. Airline theft money from plaintiff.

United refunded money in approximately 2 weeks, but Lufthansa refused to refund.

Plaintiff filed complaints to DOT, but DOT is useless because they are not working as expected.

## First Claim

Name the law or right violated:

**False advertising**

Name the defendants who violated it:

**Marriott International, INC and United Airlines, Inc**

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

United Airlines in this action is just a business partner of Marriott and not protected under FSIA as AIRLINE.

Defendants promised to provide status match between partners to Silver on United after you became Titanium on Marriott

Plaintiff believed and purchased multiple tickets/hotels on international trips SFO to SFO.

California Advertising Laws prohibit a false advetising, that status match will be granted in 10 days.

Advertising was material to deceive Plaintiff to buy tickets/hotels on Defendant with believe that he will get benefits

Plaintiff has got emotional distress and financial lost from this action of Defendants.

B&P § 17500 et seq prohibits a false advertising in California. Plaintiff lives in California, online contracts were made in California, departure and arrival airport is SFO, California.

Departure from any other airports of USA is useless for Plaintiff, because this is just connection to SFO, CA that leds other airlines from Star Aliance to violate articles 1.3, 36 and 19 of Montreal convention.

United Airlines and Marriott are business partners. To increase revenue they started action status match

Defendants should also be responsible for breach of contract by other airlines from StarAlliance.

Defendants lied to everybody that silver status match will be granted to United Airlines.

By fact, it was delayed on 5 months. It was done with intention to damage american people who flying a low. Plaintiff was damaged by false advertising of Defendants by other airlines from StarAlliance breached contract. Defendants should pay fine for false advertising up to $2500.

B&P 17500 prohibits untrue or misleading advertising statement for products or services.

Silver level is service to get baggage and upgrade to PLUS seats. Advertising misled Plaintiff who has intention to fly from SFO to SFO, but Defendants not allowed Plaintiff to get free baggage and get upgrade on all airlines in StarAlliance on his international flights to-from USA. This is right of consumers to fly immediately after reach the status.

_____4_____ **Claim**

Name the law or right violated:

California UCL - unfair and deceptive business practices
_____

Name the defendants who violated it:

Marriott International, INC and United Airlines, Inc
_____

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Defendants engaged in unlawful, unfair & fraudulent business practices as decided to limit Plaintiff to fly on 5 months
_____

Defendants intentionally delayed status match on United Airlines that leads other airlilnes in StarAlliance to

violate Montreal convention article 19 becasue free baggage was not free and Plianiff was denied boarding as non-payment.
_____

United Airlines is able to see all tickets of Plaintiff and decided to earn more money on free baggage

Defendants action was arbitrary and overly broad in limiting other airlins in StartAlliance to charge baggage. This unfair
_____

Defendants misled Plaintiff that he will get free upgrade to more confortable seats. This fraudulent

Defendants harmed Plaintiff without justification as Plainttiff has right to fly immediately after qualified to status match
_____

with FREE baggage. Defendants action was intention interference to liable to consumers

Defenants action was beyond the security of each other, because United airlines is able to see all StarAlliance tickets,
_____

Defendants directly caused other airlines's failure to compliance with MC99 and breach article 19 of MC99

Defendants did not provide alternative ways to other airlines in StarAlliance as temporary silver status on United.
_____

B&P 17200, etc allows consumers to sue Defendants for fraudlent conduct
_____

Defendants as owner of tickets have access to all airlines tickets around in StarAlliance.
_____

UCL allows consumers to sue Defendants for unfair and deceptive business practices.
_____

B&P 17200 allows consumers to sue for unfair condut to charging fee for free baggage.

B&P 17200 allows consumers to sue for unlawful conduct for misled airlines/passengers about impact of free baggage on deny boarding.
_____

This creates impression that USA is not followed Montreal convention and may be kicked off from there.
_____

Defendants should be penalized for overcompliance with security in StarAlliance.
_____

Defendants should prolongate a silver status on 1 more year as failed to do it in 2024
_____

_____

_____

_____5_____ **Claim**

Name the law or right violated:

Tortious interference with international contracts under Montreal convention

Name the defendants who violated it:

Marriott International, INC and United Airlines, Inc

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Plaintiff had multiple 2 separate contracts of carriage for round trip SFO to SFO.

United airlines knew it as airline, who have access to all passengers bookings.

Defendants intentionally disrupted contracts by delaying status match where baggage is free and upgrade

to more comfortable seats. This act leads multiple airlines in StarAlliance to violate Montreal convention

Airlines refused to register baggage from\to SFO under articles 1.3 and 36 of Montreal convention,

so Plaintiff has to pay twice for same service, but arbitrary fees prohibited between airlines.

So, Plaintiff paid twice for baggage, because Defendants failed to provided status ontime. In 2022 they don't have this issues.

Defendants did it intentionally to force passengers to spend more money on baggage handling. Plaintiff has got damages

as denied boarding and twice payment for baggage. Plaintiff delayed in arrival under article 19 of Montreal convention.

Defendants directly caused airlines in StarAlliance to mishandle contracts of carriage. This constitutes interference with MC99

Defendants acted beyond reasonable delay in 10days and provided status match only after 5 months.

United Airlines as member of Star Alliance is able to see all tickets of Plaintiff.

Defendants overcomplied with inside rules to delay status match on 5 months. Defendants

failed to provide workaround to airlines as temporary status match until they validate real match (as example)

Economic loss doctrine allows to recover cost of contract and expenses under tort law in contract claim.

Defendants intentionally and improperly disrupted the airline's contractual relashinship with it's

passenger and not allowed airlines in StarAlliance to comply with Montreal convention

Defendants should reimburse cost of all international and domestic tickets, because trip is

single under articles 1.3 and 36 of Montreal convention.

Defendants should prolongate silver status on 1 more year as failed to do it in 2024.

1    ~~V.~~    ~~CLAIMS~~

2                                    **First Claim**

3    Name the law or right violated:

4    Detrimental reliance / promissory estoppel
     _____

5    Name the defendants who violated it:

6    Marriott International, INC and United Airlines, Inc
     _____

7    Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You

8    do not need to make legal arguments. You can refer to your statement of facts.

9    Defendants promised to make status match between each other, but failed to do it ontime.
     _____

10   Plaintiff believed and purchased multiple inmternational tickets/hotels only on Defendants
     _____

11   CA Advertising Laws prohibit a false advetising, that Plantiff will get silver member of United after became Titanuim.
     _____

12   Advertising was material to deceive consumers to buy tickets on United Airlines and hotels in Marriott.
     _____

13   Plaintiff has got emotional distress and financial lost from this action of Defendants.
     _____

14   Planitif specifically relied in specific promise. Defendants have a duty to contractual partners, whre Plainrtif is consumer
     _____

15   of their products (hotel / aircraft). Defendants estopped all Star Alliance Airlines from executing international
     _____

16   contract under Montreal convention articles 1.3 and 36, because trip from SFO to SFO is single trip.
     _____

17   Defendants not allowed Plaintiff to combine 2 tickets under Montreal convention articles 1.3 and 36 due battle between it.
     _____

18   Defendants by negligent not provided Silver status in StarAlliance, that led Plaintiff to pay for fee baggage
     _____

19   So, Plaintiff was denied boarding as non-payment of free baggage on multiple international trip.
     _____

20   Defendants should also be responsible for breach of contract by other airlines in StarAlliance.
     _____

21   Defendants delayed status match from 12/06/24 to 05/09/2025 on 5 months.
     _____

22   1. Defendants promised to get status after Plaintiff became Titanuim, so promise was made that the promisor should have expected would induce action.
     _____

23   2. Plaintiff as the promisee actually acted in reliance on the promise - purchased tickets/hotels
     _____

24   3. Enforcing the promise is necessary to avoid injustice, so Defendants should reimburse
     _____

25   all tickets, where Plaintiff has to pay for free baggage and miss upgrade to more comfortable seats
     _____

26   Plaintiff was denied boarding until he will pay for his FREE baggage on international flights.
     _____

27   Plaintiff was denied boarding until he will pay for his baggage on international flight.
     _____

28   Plaintiff lost whole ticket under article 19 of MC99, because this is round-trip under article 1.3 and 36 of MC99.
     _____

_____7_____ **Claim**

Name the law or right violated:

**Covenant of good faith and fair dealing**

Name the defendants who violated it:

**UNITED AIRLINES, INC and MARRIOTT INTERNATIONAL, INC**

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Plaintiff has membership from Defendants and accepted contracts of loyalty to earn miles/points

Defendants promised status match. Plaintiff agreed and purchased hotels/tickets to get it in 2024

Defendants already gave status match to Plaintiff in 2022, but failed to to do it in 2024.

Plaintif selected Defendants because they advertized that it's best airline/hotels around the world.

Plaintiff expected perfect service. But Defendant breached contract automatically when

violated Montreal convention because each contract of carriage has paragraph "should comply with

international treaties", likes Montreal convention. Plaintiff miss promised free baggage and free

upgrade to more comfortable seats on multiple flights on StarAliance airlines.

Defendants violated loyalty to their consumers and refused to communicate with Plaintiff to resolve issue.

This caused financial harm to Plaintiff. Plaintiff has to buy 1st baggage and sit in the middle of economy seat

when with status he will sit at window with free baggage .Defendant violated contractual law and should

reinburse tickets for whole single trips. Defendants as more stonger side in contract

created own rules, that only they know about it and consumers can't change the rule without

court intervention. Plaintiff concluded online contracts in California on international flights with

baggages from San Francisco, CA to diffrent cities. Different airlines in StarAlliance refused to check-in

baggage of Plaintiff free of charge under article 1.3 and 36 of Montreal convention,

so Plaintiff was denied boarding under article 19 of Montreal convention. Plaintiff made emergency payments

Plaintiff was loyal to Defendants, but after refusing to provide status match and denied boarding

Plaintiff has to pay for free baggage and has to fly in non-comfortable seats. That leds severe emotional distress.

Defendants breached loyalty first to Plaintiff. Defendant should reimburse all baggage expenses $40\75

Defendants should prolongate silver status on 1 more year as failed to do it in 2024.

_____8_____ **Claim**

Name the law or right violated:

Negligence infliction of emotional distress - fail to execise reasonable care

Name the defendants who violated it:

UNITED AIRLINES, INC and MARRIOTT INTERNATIONAL, INC

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Each airline has duty of care to passenger. Each hotel network has duty of care to guests.

Each vendor has duty of transparency of product and product's/service's quality. Status match is service. Defendants

by negligence made a promise of status match, that not allowed Plaintiff to get benefits from it (baggage/upgrade) from 12/06/24

Plaintiff multiple times wrote Defendants to get status match, but they gave empty promise.

Defendants by negligence failed to reimburse expenses on baggage fee and missed upgrade to PLUS seats

Plaintiff has got emotional distress & suffered financial harm to pay $40 or $75 for free baggage.

Plaintiffs concluded contract with Defendants. Defendants breached contract automatically when

violated Montreal/Warsaw conventions because each contract has paragraph "should comply with

international treaties", likes Montreal convention. Plaintiff expected perfect service as advertized but

airline stolen money for free baggage. Defendants should reimburse cost of contracts as denied boarding under article 19 of MC99

Defendants violated contractual law. Defendants did not notified Plaintiff about strict rules

that status match may be holded on 5 months, because in 2022 it was done immediately.

According to article 1.3 and 36 of MC99 Plaintiff has single round-trip from/to SFO, CA

Plaintiff was delayed in transportation to/from USA by fault of Defendants.

Empty promises and faulire to make status match between Defendants ontime caused

financial lost of Plaintiff as cost of tickets and expense on free baggage on international flights

It caused severe emotional distress during embarking on international flight.

Defendants negligently caused a delay of Plaintiff with baggage to other alirlines in

StarAlliance from 12/06/24 to 05/09/2025. Defendants knew that Plaintiff is frequent flyer on

only international flights. Defendants were aware that the missing status match was causing financial lost to Plaintiff

with baggage. Defendant's negligence was the proximate cause of the emotional distress.

_____ 9 _____ **Claim**

Name the law or right violated:

**Breach of contract**

Name the defendants who violated it:

**UNITED AIRLINES, INC and DEUTSCHE LUFTHANSA AG and MARRIOTT INTERNATIONAL, INC**

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Each airline has duty of care to passenger. Each hotel network has duty of care to guests. According to

contracts of loyalty to earn points/miles and advertising, Defendants should provide status match to United to silver level

Defendants breached contracts and failed to do status match ontime, that caused financial lost of Plaintiff on international flights

United/Lufthansa airlines refused to register free baggage and deny boarding to Plaintiff with baggage.

These actions directly caused financial harm to Plaintiff. Plaintiff has got severe emotional distress.

Defendants should pay emotional distress and punitive damages, also refund tickets cost for whole trip.

Defendants breached own Terms & Conditions with mandatory compliance with international treaties

like Monteal convention. United/Lufthansa airlines violated article 19, 1.3 and 36 of MC99 when

denied boarding to Plaintiff with baggage due non-payment for free baggage under missing silver status.

Each airline/hotel has duty in accurate processing booking. Defendants failed to do it in 2024

when refused to provide silver status on United airlines ontime. It was done in 2022 without issues.

Defendants breached duties and refused to transfer plaintiff with baggage on iternational flights.

Plaintiff made emergency expenses to pay for free baggage. Plaintiff want not to pay for free PLUS seats.

and missed multiple upgrades due fault of Defendants. Whole ticket and expenses should be refunded.

Emotional ditress and punitive damages should be paid to prevent this issue in the future.

Amount is TBD on trial. According to article 1.3 and 36 of Montreal convention Plaintiff has round trips

on international flighrs. This gives Plaintiff a right to ask punitive damages for acting recklessnes.

because Plaintiff multiple times wrote Defendants to fix the error and provide status match

but defendants just issued EMPTY promises to do it in 10 days and did not do anything 5 months.

Defendants should prolongate silver status on 1 more year due failure do do it ontime.

Defendants as member of StarAlliance have access to all Plaintiff international flights in advance.

## VII.    DEMAND FOR RELIEF

State what you want the Court to do.  Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something.  If you are asking for money, you can say how much you are asking for and why you should get that amount or describe the different kinds of harm caused by the defendant.

DEUTSCHE LUFTHANSA AG should refund Plaintiff $75 fee for first baggage.

United airlines and DEUTSCHE LUFTHANSA should pay Plaintiff 11.50$ as 10% penalty for unjust enrichment

Defendants should reimburse Plaintiff $6'472.51 cost of all tickets as breach of contract

(=$793.11+$1107.90+$530.60+$504.05+$146.11+$1041.18+$1162.29+$1187.27)

Defendants should pay Plaintiff for emotional distress and punitive damages in amount TDB on trial

Defendants should prolongate silver status on 1 more year

## VIII.    DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date:    11/06/2025        Sign Name:

Print Name:    Sergey Firsov

# EXHIBITS



Take Your Benefits Higher

Marriott Bonvoy® Ambassador Elite and Titanium Elite members receive United MileagePlus premier silver status in addition to other enhanced benefits through our preferred partnership with United MileagePlus®. Sign in below and then link your accounts to get started.

Sign In

United MileagePlus® Premier® Gold members and above are invited to enjoy complimentary Marriott Bonvoy Gold Elite status. Sign in to your United MileagePlus® account to link your accounts.

**From:** Marriott Bonvoy marriottbonvoy@email-marriott.com
**Subject:** Congratulations! You've Achieved Titanium Elite Status.
**Date:** December 6, 2024 at 6:34 PM
**To:** sfirsov1972@gmail.com





MARRIOTT BONVOY®

》 MY ACCOUNT
》 FIND & RESERVE

| 134,368 points | *Titanium Elite* | XXXXX8215 |



# Congratulations, Sergey.
## *You're Titanium Elite!*

You've achieved the penultimate milestone. Now enjoy the
view and elevated benefits[1] on future stays:

| Lounge Access | 75% Bonus Points on Stays | Enhanced Room Upgrades |
|---|---|---|
| At participating hotels; | Redeem for exclusive | Based on availability |

**From:** **Expedia.com** expedia@eg.expedia.com
**Subject:** Expedia flight purchase confirmation - Warsaw, Poland (WAW-Frederic Chopin) - Fri, Dec 6 - (Itinerary # 72962010969477)
**Date:** November 10, 2024 at 5:29 PM
**To:** sfirsov1972@gmail.com





# Thank you, Sergey! Your flight is booked.

**Itinerary #** 72962010969477

**View your trip**

**Download to your phone**

## San Francisco to Warsaw

✈ Swiss International Air Lines 39 confirmation: BBEU5A
Fare type: Economy / Coach
11h 5m flight

📅 Departure                          Arrival

7:25pm                                3:30pm ⁺¹

Fri, Dec 6                            Sat, Dec 7
San Francisco, CA (SFO-San          Zürich (ZRH)
Francisco Intl.)

Layover: 1h 35m in Zürich

✈ Swiss International Air Lines 1352
1h 50m flight

📅 Departure                          Arrival

5:05pm                                6:55pm

Sat, Dec 7                           Sat, Dec 7

~~Sat, Dec 7~~
Zürich (ZRH)

~~Sat, Dec 7~~
Warsaw (WAW-Frederic Chopin)

## Warsaw to Miami

✈ Lufthansa 1353 confirmation: BBEU5A
Fare type: Economy / Coach
1h 55m flight

📅 Departure

6:35am

Sun, Dec 8
Warsaw (WAW-Frederic Chopin)

Arrival

8:30am

Sun, Dec 8
Frankfurt (FRA-Frankfurt Intl.)

Layover: 1h 40m in Frankfurt

✈ United (Lufthansa operated) 8849
10h 25m flight

📅 Departure

10:10am

Sun, Dec 8
Frankfurt (FRA-Frankfurt Intl.)

Arrival

2:35pm

Sun, Dec 8
Miami, FL (MIA-Miami Intl.)

( Change or cancel booking )

📱 Travel confidently with the Expedia app

Manage your plans and make trip updates on the fly - wherever the journey takes your. Explore the app

## Traveler details

SERGEY FIRSOV

View ticket numbers

Use for changes and cancellation. or to check in for international airlines.

**Manage your seats and bags for each flights**

[ZRH to WAW](#)                          No seats selected

[WAW to FRA](#)                          No seats selected

[SFO to ZRH](#)                          No seats selected

[FRA to MIA](#)                          No seats selected

## Price details

| | |
|---|---:|
| 1 adult | $281.00 |
| Taxes and fees | $512.11 |

| | |
|---|---:|
| **Total paid** | **$793.11** |

[ View receipt ]

 You'll earn $1.59 in OneKeyCash™ after this trip. Fantastic!
Use your OneKeyCash when booking your next trip to save even more.[1]
[View my rewards activity](#)

---

## 🏷️ Your flight booking unlocked more member deals

These great offers are valid until the last day of travel.

    Save up to 30% on select hotels

[ Find hotels ]

From: **Lufthansa Flight Service** flight.service@information.lufthansa.com
Subject: Your baggage receipt 0220302677 for Warsaw – Miami on 8. December 2024
Date: December 7, 2024 at 7:59 PM
To: SFIRSOV1972@gmail.com SFIRSOV1972@GMAIL.COM



Please do not reply to this email.

 **Lufthansa**

# Your baggage is ready to go

Dear Sergey Firsov,

Your dropped-off baggage for your flight to Miami on 8 December 2024 is checked-in. We are now preparing it for loading. Your digital baggage receipt will help you track your baggage so you can enjoy your trip.

Kind regards,

Your Lufthansa Team

## Sergey Firsov

🏷 **0220302677**
Tag number



**Checked baggage**          **08.12.2024**
Baggage type                     Drop off date

**Baggage dropped off**



Baggage dropped off

ο Loaded

ο Ready for collection

## Itinerary

| 08.12.2024 - 06:35 | | ✈ LH1353 |
| WAW | ✈ | FRA |
| Warsaw | | Frankfurt |

| 08.12.2024 - 10:10 | | ✈ LH0462 |
| FRA | ✈ | MIA |
| Frankfurt | | Miami |

## Your entire journey in one app



**Travel carefree and track your baggage live via our app**

**From:** **Lufthansa Flight Service** flight.service@information.lufthansa.com
**Subject:** Your baggage receipt 0220302785 for Warsaw – Miami on 8. December 2024
**Date:** December 7, 2024 at 8:00 PM
**To:** SFIRSOV1972@gmail.com SFIRSOV1972@GMAIL.COM



Please do not reply to this email.



# Your baggage is ready to go

Dear Sergey Firsov,

Your dropped-off baggage for your flight to Miami on 8 December 2024 is checked-in. We are now preparing it for loading. Your digital baggage receipt will help you track your baggage so you can enjoy your trip.

Kind regards,

Your Lufthansa Team

**Sergey Firsov**

🏷️ **0220302785**

Tag number



| Checked baggage | **08.12.2024** |
| Baggage type | Drop off date |

✓ **Baggage dropped off**



**Baggage dropped off**

○ Loaded

○ Ready for collection

## Itinerary



| 08.12.2024 - 06:35 | | ☉ LH1353 |
|---|---|---|
| **WAW** | ✈ | **FRA** |
| Warsaw | | Frankfurt |

| 08.12.2024 - 10:10 | | ☉ LH0462 |
|---|---|---|
| **FRA** | ✈ | **MIA** |
| Frankfurt | | Miami |

## Your entire journey in one app



**Travel carefree and track your baggage live via our app**

**From:** **LifeMiles** lifemiles@confirmation.lifemiles.com
**Subject:** You've redeemed lifemiles!
**Date:** January 24, 2024 at 6:00 PM
**To:** sfirsov1972@gmail.com







| Your lifemiles number is: 13437583106 | Your status is: LifeMiles |
|---|---|

# Your reservation code: 3EPHTK

### Find below the details of your confirmed itinerary!



## Add-ons for your trips





  

## Flight Details

| Flight 1 | AV218 |
| --- | --- |
| Buenos Aires(EZE) - Bogota(BOG) | |
| **Departure:** January, 5 th, 2025 01:35 | |
| **Arrival:** January, 5 th, 2025 06:00 | |
| **Bundle: XS** | |
| **Changes** | |
| Before flight date: USD 200.0 | |
| After flight date: Not allowed | |

| Flight 2 | AV382 |
| --- | --- |
| Bogota(BOG) - San Salvador(SAL) | |
| **Departure:** January, 5 th, 2025 14:25 | |
| **Arrival:** January, 5 th, 2025 16:25 | |
| **Bundle: XS** | |
| **Changes** | |
| Before flight date: USD 200.0 | |
| After flight date: Not allowed | |

| Flight 3 | AV560 |
| --- | --- |
| San Salvador(SAL) - San Francisco(SFO) | |
| **Departure:** January, 5 th, 2025 17:35 | |
| **Arrival:** January, 5 th, 2025 21:45 | |
| **Bundle: XS** | |
| **Changes** | |
| Before flight date: USD 200.0 | |
| After flight date: Not allowed | |

**Ticket Conditions**

Refund: 100

Find the baggage policy of avianca, Star Alliance Airlines, Iberia and GOL.

When flying with avianca you can manage your booking and review fare conditions.

## Payment details

| Redemption details | |
| --- | --- |
| Redeemed miles: | 29,400* |
| Passenger name(s): | Sergey Firsov |
| **Payment details** | |



**From: United Airlines** Receipts@united.com
**Subject:** eTicket Itinerary and Receipt for Confirmation DBY0Z7
**Date:** January 13, 2025 at 8:27 PM
**To:** SFIRSOV1972@gmail.com SFIRSOV1972@GMAIL.COM



                                                         Mon, Jan 13, 2025

# Thank you for choosing United.
A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# DBY0Z7

| Flight 1 of 1 UA1757 | Class: United Economy (XN) |
|---|---|
| **Sun, Feb 02, 2025** | **Sun, Feb 02, 2025** |
| **06:00 PM** | **08:58 PM** |
| Washington, DC, US (IAD) | San Francisco, CA, US (SFO) |

| Traveler Details | |
|---|---|
| FIRSOV/SERGEY | |
| eTicket number: **0162451159407** | Seats: **IAD-SFO 31F** |
| Frequent Flyer: **UA-XXXXX346 Member** | |

| Purchase Summary | |
|---|---|
| Method of payment: | **MileagePlus XXXXX346** |
| | **Visa ending in 1112** |
| Date of purchase: | **Tue, Jan 14, 2025** |
| Passenger Civil Aviation Security Service Fee: | **5.60** |
| Total Per Passenger: | **15,000 miles + 5.60 USD** |
| **Total:** | **15,000 miles + 5.60 USD** |

## Award Rules

Additional charges may apply for changes in addition to any fare rules listed.
NON-END/-TRAN/-REF/UA ONLY

## MileagePlus Accrual Details

| Sergey Firsov | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |

| Sun, Feb 02, 2025 | 1757 | Washington, DC, US (IAD) to San Francisco, CA, US (SFO) | 0 | 150 | 1 |
| MileagePlus accrual totals: | | | 0 | 150 | 1 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Feb 02, 2025 Washington, DC, US (IAD - Dulles) to San Francisco, CA, US (SFO) | 40.00 USD | 50.00 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual.
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

## MileagePlus eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 30 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met. **EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.
- Award travel is subject to the terms and conditions of the MileagePlus program.
- Redeposit or change fees apply for award travel based on Premier level. Please go to united.com or call 800-UNITED-1 for details.

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

**From:** **United Airlines** Receipts@united.com
**Subject:** Thanks for your purchase with United
**Date:** February 2, 2025 at 2:19 PM
**To:** SFIRSOV1972@gmail.com SFIRSOV1972@GMAIL.COM





Sun, Feb 02, 2025

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

| Sun, Feb 02, 2025 | Sun, Feb 02, 2025 |
|---|---|
| 06:00 PM | 08:58 PM |
| Washington, DC, US (IAD) | San Francisco, CA, US (SFO) |

**Traveler Details**

| **FIRSOV/SERGEY** | eTicket number: **0162451159407** |
|---|---|
| First Checked Bag (0164469583363) | **IAD-SFO** |

**Purchase Summary**

| Method of payment: | Visa ending in 1112 |
|---|---|
| Date of purchase: | Sun, Feb 02, 2025 |

| First Checked Bag (Reference Number: 0164469583363): | 40.00 |
|---|---|

| **Total:** | **40.00 USD** |
|---|---|

## Card Transaction Details

**For your records, here's some additional information that can help you identfy this transaction with your cardholder**

VISA DEBIT - Contactless - Approved on
Authorization Code:041817 - AID:A0000000031010



Copyright © 2025 United Airlines, Inc. All Rights Reserved

### E-mail Information
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy          View our Legal Notices

**From: myholidays** support@myholidays.com
**Subject:** Re: Re: MH Ticket Copy -Booking Reference Number- MHF251703353
**Date:** April 27, 2025 at 9:15 PM
**To:** sfirsov1972@gmail.com

Dear Sergey

Greetings from Myholidays.com,

This is in regards to the Reference ID-MHF251703353

Kindly find the PDF attached of your Invoice .

Please feel free to revert us for any further query or concern on the same E-mail address.

**Thanks & Regards**

**Shivay Gupta**
**Travel Consultant**
**(Customer Service)**
Regency Group Holding
Suhaim Bin Hamad Street, PO Box 9012, Doha,
Qatar,

On Mon, 28 Apr at 7:12 AM , Sergey Firsov <sfirsov1972@gmail.com> wrote:
Hello,
Could you please send me receipt for that past order? I need ticket price
Regards
Sergey Firsov
+1 (650) 210-6804

On Mon, Feb 10, 2025, 19:45 <etickets@myholidays.com> wrote:

Dear Customer,

Thank you for using myholidays.com,Please find your travel itinerary below:
Kindly check your name,Travel dates and flight timings in the itinerary and read all terms and condition carefully.

**Note:** MYHOLIDAYS never asks for CVV or Credit card/ Debit card information.
If you get any mail asking for such details it is "Certainly a Fraudulent mail".
In such cases you will find that the Fraudulent sources use different email-ids and not
support@myholidays.com, this is the only email-id used for our official communication.
KINDLY DO NOT PROVIDE ANY CREDIT/DEBIT CARD INFORMATION ON MAIL.

**Important Information**

» A printed copy of this e-ticket or e-ticket display on laptop, tablet or phone must be presented at the time of check-in.

» Checkin starts 2 hours before scheduled departure, and closes 60 minutes prior to the departure time. We recommend you report at the checkin counter at least 2 hours prior to departure time.

» It is mandatory to carry passport and visa along with your e-Ticket at the airport.

» We advise to confirm your flight 24 hours prior the flight departure - chat with us Click Here.

# E-Ticket
Booking Number: MHF251703353
Booking Date: Tue, 11 Feb 2025



**Itinerary and Reservation Details**

## SFO - WAW

| | Departure | Arrival | Baggage |
|---|---|---|---|
| United Airlines UA-8828 Operated By- Lufthansa | **Departure** San Francisco (SFO) 07 Mar 2025 02:40 PM | **Arrival** Frankfurt (FRA) 08 Mar 2025 10:30 AM | **Baggage** **CheckIn:** 0 KG **Cabin:** 0 KG NON REFUNDABLE |

**Layover Time:** 1 h : 45 m

| | Departure | Arrival | Baggage |
|---|---|---|---|
| United Airlines UA-8890 Operated By- Lufthansa | **Departure** Frankfurt (FRA) 08 Mar 2025 12:15 PM | **Arrival** Warsaw (WAW) 08 Mar 2025 01:55 PM | **Baggage** **CheckIn:** 0 KG **Cabin:** 0 KG NON REFUNDABLE |

**Summary**

**Stops:** One stop          **Duration:** 14 h : 15 m          **Class:** Economy

**Traveller Details**

| Passenger Name | Type | PNR | Airline PNR | Baggage | E-Ticket Number |
|---|---|---|---|---|---|
| SERGEY FIRSOV | ADULT | 10971209 | H2D8P1 | NA | 0167178774035 |

### Cancellation & Date Change Rules

» You can cancel your booking by calling our Customer Support team by agreeing to Applicable Charges. Please note that all Bookings are not 'Refundable'

» If you are cancelling or rescheduling your flight within 4 hours of departure time, kindly contact the airline directly. Please note that the booking can only be cancelled till 4 hours before the departure of the flight. Customers who (have not cancelled their bookings) and fail to report in time shall be deemed as No Show by the airline.

**Important Note: Time of cancellation will be according to local time of departure city**

» Bookings made with Low Cost Airlines/Carriers are strictly Non-Cancelable and Non-Refundable. In such cases, directly contact airlines to check the possibility of any 'Exceptions.'

» Online 'check in' mandatory before 24 hours prior to departure for airline such as U2, NK(Spirit Airlines), W6, FR, VY, LS, WW etc. to avoid being charged at the airport.

» Penalties applicable in case of any changes in the name or flights after issuance of ticket.

» Your booking is non-transferable and the name of the passenger cannot be changed. If you would like to change the name of the passenger, you will need to cancel the original booking and make a new booking for the desired passenger.

» For multiple airlines or fares involved in the cancellation, the most restrictive rules will apply.

### Flights Refunds

Most of our airline tickets, hotels and service fees are non-refundable. We can accept refund requests only if all the conditions listed below have been met:

» you have applied for a cancellation and refund with us and if the fare rules provide for cancellation and refunds;

» we have sent an acknowledgment of your Cancellation and Refund request with details of Amount to be refunded;

» you are not a "no show" (most "no show" bookings are in-eligible for any waiver from suppliers for refund processing); and

» We are able to secure waivers from suppliers to process this requested cancellation and refund.

### Handling Charges/Fee

From: **United Airlines** Receipts@united.com
Subject: eTicket Itinerary and Receipt for Confirmation G2DCYX
Date: February 10, 2025 at 10:40 AM
To: SFIRSOV1972@gmail.com SFIRSOV1972@GMAIL.COM




                                                        Mon, Feb 10, 2025

# Thank you for choosing United.
A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# G2DCYX

| Flight 1 of 1 UA8447 | Class: Economy (G) |
|---|---|
| Sun, Mar 09, 2025 | Sun, Mar 09, 2025 |
| **01:20 PM** | **03:46 PM** |
| Toronto, ON, CA (YYZ) | Los Angeles, CA, US (LAX) |

Flight Operated by Air Canada.

If this is an originating flight on your itinerary, please check in at the AIR CANADA ticket counter.

| Traveler Details | |
|---|---|
| FIRSOV/SERGEY | |
| **eTicket number: 0162458994889** | Seats: **YYZ-LAX -----** |
| Frequent Flyer: **UA-XXXXX346 Member** | |

| Purchase Summary | |
|---|---|
| Method of payment: | **Visa ending in 1175** |
| Date of purchase: | **Mon, Feb 10, 2025** |
| Airfare: | **104.00** |
| Equivalent Airfare: | **73.00** |
| U.S. Transportation Tax: | **5.44** |
| Canada Goods and Services Tax: | **4.21** |
| Canadian Security Charge: | **11.20** |
| U.S. Immigration User Fee: | **7.00** |
| U.S. Customs User Fee: | **7.20** |
| U.S. APHIS User Fee: | **3.71** |
| Canada Airport Improvement Fee: | **25.80** |
| Canada Harmonized Sales Tax: | **3.35** |
| U.S. Flight Segment Tax: | **5.20** |
| Total Per Passenger: | **146.11 USD** |

| Total: | 146.11 USD |
|---|---|

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NRF-BE/NOCHGDAFTDPT/NOASR

## MileagePlus Accrual Details

Sergey Firsov

| Date | Flight | From/To | Award Miles | PQP | PQF |
|---|---|---|---|---|---|
| Sun, Mar 09, 2025 | 8447 | Toronto, ON, CA (YYZ) to Los Angeles, CA, US (LAX) | 365 | 73 | 0 |
| MileagePlus accrual totals: | | | 365 | 73 | 0 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Mar 09, 2025 Toronto, ON, CA (YYZ - Pearson) to Los Angeles, CA, US (LAX) | 40.00 CAD | 50.00 CAD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual.
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

## International eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring this eTicket Receipt along with photo identification, proof of citizenship, passport and/or visa to the ticket lobby for check-in.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation may be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.
- International taxes and fees may be collected at your departure airport.

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

Customer Care Contact Information

**From:** Катерина katijushia@gmail.com
**Subject:** Fwd: eTicket Itinerary and Receipt for Confirmation BY2QRK
**Date:** March 25, 2025 at 9:14 PM
**To:** sfirsov1972@gmail.com



---------- Forwarded message ----------
From: **United Airlines** <Receipts@united.com>
Date: Fri, Feb 7, 2025, 18:18
Subject: eTicket Itinerary and Receipt for Confirmation BY2QRK
To: <KATIJUSHIA@gmail.com>



Fri, Feb 07, 2025

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# BY2QRK

| Flight 1 of 5 UA8882 | Class: Economy (S) |
|---|---|
| Thu, Mar 20, 2025 | Fri, Mar 21, 2025 |
| **09:35 PM** | **04:35 PM** |
| San Francisco, CA, US (SFO) | Munich, DE (MUC) |

Flight Operated by Lufthansa.

If this is an originating flight on your itinerary, please check in at the LUFTHANSA ticket counter.

| Flight 2 of 5 UA9495 | Class: Economy (S) |
|---|---|
| Fri, Mar 21, 2025 | Fri, Mar 21, 2025 |
| **09:05 PM** | **10:35 PM** |
| Munich, DE (MUC) | Warsaw, PL (WAW) |

Flight Operated by Lufthansa Cityline.

If this is an originating flight on your itinerary, please check in at the LUFTHANSA ticket counter.

| Flight 3 of 5 UA9424 | Class: Economy (W) |
|---|---|
| Sun, Mar 23, 2025 | Sun, Mar 23, 2025 |
| **06:35 AM** | **08:30 AM** |
| Warsaw, PL (WAW) | Frankfurt, DE (FRA) |

Flight Operated by Lufthansa.

If this is an originating flight on your itinerary, please check in at the LUFTHANSA ticket counter.

| Flight 4 of 5 UA9658 | Class: Economy (W) |
|---|---|

| Sun, Mar 23, 2025 | Sun, Mar 23, 2025 |
|---|---|
| **12:55 PM** | **05:00 PM** |
| Frankfurt, DE (FRA) | Philadelphia, PA, US (PHL) |

Flight Operated by Discover Airlines.

If this is an originating flight on your itinerary, please check in at the DISCOVER AIRLINES ticket counter.

| Flight 5 of 5 UA1596 | Class: United Economy (W) |
|---|---|

| Mon, Mar 24, 2025 | Mon, Mar 24, 2025 |
|---|---|
| **06:12 AM** | **09:45 AM** |
| Philadelphia, PA, US (PHL) | San Francisco, CA, US (SFO) |

### Traveler Details

FIRSOV/SERGEY

eTicket number: **0162458366115**
Frequent Flyer: **UA-XXXXX346 Member**

Seats: **SFO-MUC -----**
**MUC-WAW -----**
**WAW-FRA -----**
**FRA-PHL -----**
**PHL-SFO -----**

### Purchase Summary

| Method of payment: | **Visa ending in 1175** |
|---|---|
| | **Travel Certificate** |
| Date of purchase: | **Sat, Feb 08, 2025** |

| | |
|---|---|
| Airfare: | **471.00** |
| U.S. Transportation Tax: | **53.47** |
| Germany Passenger Service Charge: | **48.10** |
| Passenger Civil Aviation Security Service Fee: | **11.20** |
| International Surcharge: | **391.00** |
| U.S. APHIS User Fee: | **3.71** |
| U.S. Customs User Fee: | **7.20** |
| Germany Airport Security Charge: | **12.30** |
| U.S. Immigration User Fee: | **7.00** |
| Poland Passenger Service Charge: | **0.40** |
| Poland Airport Tax: | **21.60** |
| U.S. Flight Segment Tax: | **5.20** |
| U.S. Passenger Facility Charge: | **9.00** |

| Total Per Passenger: | **1041.18 USD** |
|---|---|

| **Total:** | **1041.18 USD** |
|---|---|

### Additional Collection

An additional amount of **916.18 USD** for the difference in fare was charged to Visa ending in 1175 on Sat, Feb 08, 2025.

**Fare Rules**

Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NRF-BE/NOCHGDAFTDPT/NOASR

## MileagePlus Accrual Details

| Sergey Firsov | | | | | | |
|---|---|---|---|---|---|---|
| Date | Flight | From/To | | Award Miles | PQP | PQF |
| Thu, Mar 20, 2025 | 8882 | San Francisco, CA, US (SFO) to Munich, DE (MUC) | | 1570 | 314 | 0 |
| Fri, Mar 21, 2025 | 9495 | Munich, DE (MUC) to Warsaw, PL (WAW) | | 130 | 26 | 0 |
| Sun, Mar 23, 2025 | 9424 | Warsaw, PL (WAW) to Frankfurt, DE (FRA) | | 210 | 42 | 0 |
| Sun, Mar 23, 2025 | 9658 | Frankfurt, DE (FRA) to Philadelphia, PA, US (PHL) | | 1470 | 294 | 1 |
| Mon, Mar 24, 2025 | 1596 | Philadelphia, PA, US (PHL) to San Francisco, CA, US (SFO) | | 940 | 188 | 0 |
| MileagePlus accrual totals: | | | | 4320 | 864 | 1 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Thu, Mar 20, 2025 San Francisco, CA, US (SFO) to Warsaw, PL (WAW - Chopin) | 75.00 USD | 100.00 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |
| Sun, Mar 23, 2025 Warsaw, PL (WAW - Chopin) to Philadelphia, PA, US (PHL) | 75.00 USD | 100.00 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |
| Mon, Mar 24, 2025 Philadelphia, PA, US (PHL) to San Francisco, CA, US (SFO) | 75.00 USD | 100.00 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual.
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

## International eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring this eTicket Receipt along with photo identification, proof of citizenship, passport and/or visa to the ticket lobby for check-in.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.
- International taxes and fees may be collected at your departure airport.

**From:** **Justfly.com** noreply@justfly.com
**Subject:** Your justfly.com booking is confirmed! Confirmation number: 272-348-391
**Date:** March 20, 2025 at 2:35 PM
**To:** Sergey sfirsov1972@gmail.com



# justfly.com

Support      My Booking      Make a New Booking



## Your Booking is Confirmed with justfly.com!

Booking Confirmation Number: **272-348-391**

Booking Status:    **CONFIRMED**

Air Canada Confirmation Number: **2ID37G**

## Travellers

**Sergey Firsov (Primary)**

Email:                                                          sfirsov1972@gmail.com

Phone:                                                          +1 650-996-6914

### Manage My Booking

Call for support: 1-681-224-4400

## Itinerary

### Departure



**San Francisco (SFO Terminal I) to Copenhagen (CPH Terminal 3)**
Fri, Apr 18, 07:40 PM - Sat, Apr 19, 03:20 PM
Airline confirmation: **2ID37G** SAS SK-936
**Cabin:** Economy
**Fare:** Sas Go Smart

Flight time - 10h 40m

Layover: 4h 5m

**Copenhagen (CPH Terminal 2) to Warsaw (WAW)**
Sat, Apr 19, 07:25 PM - Sat, Apr 19, 08:50 PM
Airline confirmation: **2ID37G** SAS SK-8190
**Operated by:** LOT Polish Airlines
**Cabin:** Economy
**Fare:** Sas Go Smart
Flight time - 1h 25m

Total trip time: **16h 10m**

## Return

**Warsaw (WAW) to Copenhagen (CPH Terminal 3)**
Sun, Apr 20, 10:15 AM - Sun, Apr 20, 11:35 AM
Airline confirmation: **2ID37G** SAS SK-752
**Cabin:** Economy
**Fare:** Sas Go Smart
Flight time - 1h 20m

Layover: 1h 25m

**Copenhagen (CPH Terminal 3) to Toronto (YYZ Terminal 1)**
Sun, Apr 20, 01:00 PM - Sun, Apr 20, 03:40 PM
Airline confirmation: **2ID37G** SAS SK-949
**Cabin:** Economy
**Fare:** Sas Go Smart
Flight time - 8h 40m

Layover: 2h 40m

**Toronto (YYZ Terminal 1) to St. John's (YYT)**
Sun, Apr 20, 06:20 PM - Sun, Apr 20, 10:59 PM
Airline confirmation: **2ID37G** Air Canada AC-696
**Cabin:** Economy
**Fare:** Sas Go Smart
Flight time - 3h 9m

Total trip time: **17h 14m**

## Support


### Messaging
Message us 24/7


### Text
Click here to text us


### Call
1-800-717-5015

## Price Summary

| Product | Price |
| --- | --- |
| Base Fare (Adult) | USD 1,063.26 |
| Taxes & Fees (Adult) | USD 99.03 |
| **Total Price (Per Adult)** | **USD 1,162.29** |
| **Grand Total:** | **USD 1,162.29** |



## Additional information

**PAYMENT INFORMATION**
Please note that your credit card may be charged in multiple installments adding up to the grand total listed above. We kindly ask that you wait for the total amount to process before inquiring about credit card charges.

**FARE POLICIES, RULES AND RESTRICTIONS**
Please read the complete rules for changes, cancellations and refunds (refer to Fare Rules and our Terms & Conditions). Cancellation, routing and date changes are subject to airline rules and our fees, should these changes be allowed by the airline. Name changes are not permitted. Taxes and fees are included in the total ticket cost. Prices may not include baggage fees or other fees charges directly by the airline.

**BAGGAGE RULES AND FEES**
To view the baggage allowances of your ticket(s) and/or to request additional baggage, visit My Trips. Additional baggage purchases via My Trips are available for select airlines only. Please consult the airline's

**From:** **Marriott Bonvoy** marriottbonvoy@email-marriott.com
**Subject:** Exclusive Offer for Titanium Elite Members
**Date:** October 30, 2021 at 6:08 AM
**To:** sfirsov1972@gmail.com



### MARRIOTT BONVOY®

» MY ACCOUNT
» FIND & RESERVE



# Fly Higher, Sergey
## *When You Register for Status.*

Sergey, As a Marriott Bonvoy® Titanium Elite member, you are eligible to register for complimentary United MileagePlus® Premier® Silver status and perks. **Just register today** and you could start enjoying those perks on your next trip.

REGISTER FOR STATUS

   

Preferred partnership

# Soar With Style

*Once you register and receive your complimentary MileagePlus Premier Silver status, you will enjoy these exclusive benefits\*:*



Complimentary **access to Economy Plus®** at check-in for you and a companion, when available



Complimentary **Premier Upgrade confirmation** as early as day of departure, when available



Choice of **preferred seating** during booking for a more favorable spot



One **complimentary checked bag** (up to 70 pounds (32 kg))



Premier Access® **priority airport services,** where available



**7 award miles for every dollar** you spend on United flights

REGISTER

From: **United Airlines** Receipts@united.com
Subject: eTicket Itinerary and Receipt for Confirmation E5RSF2
Date: April 28, 2025 at 4:17 PM
To: sfirsov1972@gmail.com



    Mon, Apr 28, 2025

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# E5RSF2

| Flight 1 of 5 UA8882 | Class: Economy (S) |
|---|---|
| Thu, Jun 05, 2025 | Fri, Jun 06, 2025 |
| **09:05 PM** | **05:10 PM** |
| San Francisco, CA, US (SFO) | Munich, DE (MUC) |

Flight Operated by Lufthansa.

If this is an originating flight on your itinerary, please check in at the LUFTHANSA ticket counter.

| Flight 2 of 5 UA9495 | Class: Economy (S) |
|---|---|
| Fri, Jun 06, 2025 | Fri, Jun 06, 2025 |
| **08:30 PM** | **10:00 PM** |
| Munich, DE (MUC) | Warsaw, PL (WAW) |

Flight Operated by Lufthansa Cityline.

If this is an originating flight on your itinerary, please check in at the LUFTHANSA ticket counter.

| Flight 3 of 5 UA8937 | Class: Economy (T) |
|---|---|
| Sun, Jun 08, 2025 | Sun, Jun 08, 2025 |
| **09:40 AM** | **11:30 AM** |
| Warsaw, PL (WAW) | Frankfurt, DE (FRA) |

Flight Operated by Lufthansa.

If this is an originating flight on your itinerary, please check in at the LUFTHANSA ticket counter.

| Flight 4 of 5 UA9658 | Class: Economy (T) |
|---|---|

| Sun, Jun 08, 2025 | Sun, Jun 08, 2025 |
|---|---|
| **01:10 PM** | **04:00 PM** |
| Frankfurt, DE (FRA) | Philadelphia, PA, US (PHL) |

Flight Operated by Discover Airlines.

If this is an originating flight on your itinerary, please check in at the DISCOVER AIRLINES ticket counter.

| Flight 5 of 5 UA433 | Class: United Economy (T) |
|---|---|

| Mon, Jun 09, 2025 | Mon, Jun 09, 2025 |
|---|---|
| **06:30 AM** | **09:30 AM** |
| Philadelphia, PA, US (PHL) | San Francisco, CA, US (SFO) |

### Traveler Details

FIRSOV/SERGEY

**eTicket number: 0162480010588**

Frequent Flyer: **UA-XXXXX346 Member**

Seats: **SFO-MUC -----**
**MUC-WAW -----**
**WAW-FRA -----**
**FRA-PHL -----**
**PHL-SFO -----**

### Purchase Summary

Method of payment: **Visa ending in 1175**
Date of purchase: **Wed, Apr 23, 2025**

| | |
|---|---|
| Airfare: | **611.00** |
| U.S. Transportation Tax: | **51.06** |
| Passenger Civil Aviation Security Service Fee: | **11.20** |
| Germany Passenger Service Charge: | **53.20** |
| International Surcharge: | **391.00** |
| Germany Airport Security Charge: | **13.70** |
| Poland Passenger Service Charge: | **0.40** |
| U.S. APHIS User Fee: | **3.71** |
| Poland Airport Tax: | **23.60** |
| U.S. Immigration User Fee: | **7.00** |
| U.S. Customs User Fee: | **7.20** |
| U.S. Flight Segment Tax: | **5.20** |
| U.S. Passenger Facility Charge: | **9.00** |

| Total Per Passenger: | **1187.27 USD** |
|---|---|

| **Total:** | **1187.27 USD** |
|---|---|

**Fare Rules**

Additional charges may apply for changes in addition to any fare rules listed.

NRF-BE/NOCHGDAFTDPT/NOASR

**MileagePlus Accrual Details**

| Sergey Firsov | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Thu, Jun 05, 2025 | 8882 | San Francisco, CA, US (SFO) to Munich, DE (MUC) | 3145 | 629 | 0 |
| Fri, Jun 06, 2025 | 9495 | Munich, DE (MUC) to Warsaw, PL (WAW) | 260 | 52 | 0 |
| Sun, Jun 08, 2025 | 8937 | Warsaw, PL (WAW) to Frankfurt, DE (FRA) | 130 | 26 | 0 |
| Sun, Jun 08, 2025 | 9658 | Frankfurt, DE (FRA) to Philadelphia, PA, US (PHL) | 905 | 181 | 1 |
| Mon, Jun 09, 2025 | 433 | Philadelphia, PA, US (PHL) to San Francisco, CA, US (SFO) | 580 | 116 | 0 |
| MileagePlus accrual totals: | | | 5020 | 1004 | 1 |

**Baggage allowance and charges for this itinerary**

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Thu, Jun 05, 2025 San Francisco, CA, US (SFO) to Warsaw, PL (WAW - Chopin) | 75.00 USD | 100.00 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |
| Sun, Jun 08, 2025 Warsaw, PL (WAW - Chopin) to San Francisco, CA, US (SFO) | 75.00 USD | 100.00 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |

**Important Information about MileagePlus Earning**

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual.
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

**International eTicket Reminders**

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring this eTicket Receipt along with photo identification, proof of citizenship, passport and/or visa to the ticket lobby for check-in.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.
- International taxes and fees may be collected at your departure airport.

**Data Protection Notice**

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a

Capital One
P.O. Box 85870
Richmond, VA 23285-5870

800-655-BANK (2265)
capitalone.com

SERGEY FIRSOV
333 ESCUELA AVE
APT 141
MOUNTAIN VIEW, CA 94040

May, 21, 2025

**Re: Account ending in 4173**
**Capital One CID: 250507165500488**
**CFPB Complaint ID: 250507-20616182**

Dear Sergey,

We reviewed the complaint you recently filed with the Consumer Financial Protection Bureau (CFPB) regarding the pet travel fee with UNITED for $150.00 and wanted to follow up with you.

Our records indicate that a $150.00 transaction was authorized by UNITED on April 24, 2025. However, the purchase was never completed by the merchant. We recommend contacting United directly to resolve this matter.

While we understand this doesn't change your experience, we appreciate you taking the time to bring this matter to our attention.

If you need any additional assistance, please contact me Monday - Friday, 8:00 AM – 4:30 PM ET.

Sincerely,
Tara
877-215-8591 EXT 7005944
On Behalf of Capital One

Cc: Consumer Financial Protection Bureau (CFPB)

Products and services are offered by Capital One, N.A., Member FDIC. © 2025 Capital One.
3384807023

**From:** **United Airlines** noreply@united.com
**Subject:** United Refund request
**Date:** September 22, 2025 at 2:27 PM
**To:** sfirsov1972@gmail.com



Add **unitedairlines@united.com** to your address book. See instructions.



Mon., Sep. 22, 2025

| united.com | Deals & Offers | Reservations | Earn MileagePlus® Miles | My Account |

**Hi Sergey Firsov,**

Thanks for submitting your refund request. We'll let you know once we've reviewed the request, or you can check the status on the Refund Check status page.

Please keep the document and tracking numbers for reference.

| Item name | Document or ticket number | Tracking number |
|---|---|---|
| Pet in cabin | 0164326254601 | 48122107 |

All eligible refunds are credited to the original form of payment used. For credit card refund, please allow seven business days for processing. If your credit card refund isn't posted within one billing cycle, please contact your credit card company. For all other forms of payment, including cash refunds, please allow 20 business days for processing.

The timing of refunds for tickets purchased in international locations may be different.

For more information or to check the status of your refund, visit our Refund Status page and have your document number or tracking number available.

Thanks for choosing United, and we hope to see you on board again soon.

United Airlines Refunds

Find United on: 

A STAR ALLIANCE MEMBER

View our Privacy Policy.

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
Manage your email subscriptions from the My Account page.
The information contained in this e-mail is intended for the original recipient only.
If you need assistance with your travel plans, please contact us.

Copyright © 2016 United Airlines, Inc.
All rights reserved.

**From:** **United Refunds** refunds@united.com
**Subject:** Your Refund Request
**Date:** February 8, 2025 at 5:02 AM
**To:** sfirsov1972@gmail.com





February 8, 2025

PASSENGER: **SERGEY**
TICKET(S): **0164469583363**
REQUEST ID:**45894558**

Dear Sergey Firsov:

We've processed the refund today.

If your ticket was purchased using a credit card please allow 7 days for the credit to post to your account. For check payments, please allow sufficient time for the check delivery. You may also view the refund details using the Check Refund Status link below and enter the 13-digit ticket number or 8-digit Request ID listed above.

**Refund Amount/Currency: 40.00 USD**

**Form of Payment: VI   ending in   1112**

**Refund processed date: February 07, 2025**

Thank you for flying with us! We look forward to welcoming you on board soon!

Sincerely,

## United Refunds

Check Refund Status