Alex Terepka (SBN 288243)
alex@wtlaw.com
**WATSTEIN TEREPKA, LLP**
515 South Flower Street, 19th Floor
Los Angeles, California 90071
Telephone: (213) 839-3317

*Attorney for Defendant Marriott International, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SERGEY FIRSOV,

      Plaintiff,

    v.

MARRIOTT INTERNATIONAL, INC., et al.,

      Defendants.

CASE NO.: 4:25-cv-09746-HSG

**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

Hon. Haywood S. Gilliam, Jr.

The Court, having considered Marriott International, Inc. and Plaintiff Sergey Firsov's Stipulation to Extend Time to Respond to the Complaint, and good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Parties' Stipulation to Extend Time to Respond to the Complaint is hereby GRANTED.

2. Defendant shall file its answer or other response to the Complaint on or before May 6, 2026.

**IT IS SO ORDERED.**

Dated: 4/6/2026

Honorable Haywood S. Gilliam, Jr.
United States District Judge