United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEY FIRSOV,<br>Plaintiff,<br>v.<br>UNITED AIRLINES, INC., et al.,<br>Defendants. | Case No. 25-cv-09746-HSG<br>**ORDER DENYING MOTION TO STRIKE**<br>Re: Dkt. No. 58 |

Pending before the Court is Plaintiff Sergey Firsov's motion to strike Defendant United Airlines, Inc.'s motion to dismiss. Dkt. No. 58. The Court finds this matter appropriate for disposition without oral argument and the matter is deemed submitted. *See* Civil L.R. 7-1(b). Plaintiff appears to argue that Defendant failed to file a "motion," and instead only filed a "notice" of the motion and a memorandum of points and authorities. Defendant's documents, however, clearly indicate that it is moving to dismiss the amended complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). *See* Dkt. No. 55 at 1. The Court **DENIES** Plaintiff's motion to strike and will consider Defendant's motion to dismiss once briefing is complete.

**IT IS SO ORDERED.**

Dated: 8/24/2026

Haywood S. Gill Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge