United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGEY FIRSOV,
Plaintiff,
v.
UNITED AIRLINES, INC., et al.,
Defendants.

Case No. 25-cv-09746-HSG

**ORDER DENYING MOTION FOR ENTRY OF DEFAULT**

Re: Dkt. No. 67

Pending before the Court is pro se Plaintiff Sergey Firsov's motion for entry of default. Dkt. No. 67. The Court finds this matter appropriate for disposition without oral argument and the matter is deemed submitted. *See* Civil L.R. 7-1(b).

In its order granting Defendant United Airline Inc.'s motion to dismiss, the Court acknowledged the unusual posture of this case. *See* Dkt. No. 65 at 5. Although the Court previously found that Plaintiff had not adequately alleged personal jurisdiction over Defendant Deutsche Lufthansa Aktiengesellschaft, *see* Dkt. No. 50 at 5–6, Defendant Lufthansa did not file a motion to dismiss so the Court did not address that issue, Dkt. No. 65 at 5. Plaintiff filed for entry of default against Defendant Lufthansa under Federal Rule of Civil Procedure 55(a). *See* Dkt. No. 61. In response, Defendant Lufthansa filed objections, urging that Plaintiff did not properly serve it with the first amended complaint ("FAC"). Dkt. No. 63. The Clerk's Office denied the request for default, noting that there was no proof of service on file. Dkt. No. 64. The Court therefore directed Plaintiff to show cause why the case should not be dismissed as to Defendant Lufthansa for failure to properly serve it with the FAC. *See* Dkt. No. 65 at 6. Rather than respond to the order to show cause as the Court directed, Plaintiff filed a motion for entry of default. Dkt. No. 67. Plaintiff asks the Court to enter default since the Clerk's Office did not. *Id.* Plaintiff suggests

that the Clerk's office erred by not filing his original proof of service properly. *See id.* at 1. Even if that were true, there is no proof of service that Plaintiff properly served Defendant Lufthansa with the FAC. The motion is therefore **DENIED**. Plaintiff may explain in detail why he believes he properly served Defendant Lufthansa with the original complaint and the FAC in his response to the order to show cause, which remains due on September 21, 2026. The Court will not accept any further motions from Plaintiff until it has addressed the order to show cause.

**IT IS SO ORDERED.**

Dated: 9/14/2026

Haywood S. Gill Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California