United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGEY FIRSOV,

Plaintiff,

v.

UNITED AIRLINES, INC., et al.,

Defendants.

Case No. 25-cv-09746-HSG

**ORDER DENYING PLAINTIFF'S SERIAL MOTIONS**

Re: Dkt. Nos. 70, 71, 72, 73

On September 8, 2026, the Court granted Defendant United Airlines, Inc.'s motion to dismiss. Dkt. No. 65. In the order, the Court acknowledged the unusual posture of this case. *Id.* at 5. Although the Court previously found that Plaintiff had not adequately alleged personal jurisdiction over Defendant Deutsche Lufthansa Aktiengesellschaft, *see* Dkt. No. 50 at 5–6, Defendant Lufthansa did not file a motion to dismiss, Dkt. No. 65 at 5. Plaintiff filed for entry of default against Defendant Lufthansa under Federal Rule of Civil Procedure 55(a). *See* Dkt. No. 61. In response, Defendant Lufthansa filed objections, urging that Plaintiff did not properly serve it with the FAC. Dkt. No. 63. The Clerk's Office denied the request for default, noting that there was no proof of service on file regarding the FAC. *See* Dkt. No. 64. The Court directed Plaintiff to show cause why the case should not be dismissed as to Defendant Lufthansa for failure to properly serve it with the FAC. *See* Dkt. No. 65 at 6.

Since then, Plaintiff has filed serial motions regarding Defendant Lufthansa. The Court denied Plaintiff's first motion for entry of default. Dkt. No. 68. In doing so, the Court explicitly stated that "[t]he Court will not accept any further motions from Plaintiff until it has addressed the order to show cause." *See id.* at 2. Despite this direction, Plaintiff has filed (1) a second motion to recover costs of formal service, Dkt. No. 70; (2) a motion for reconsideration of the order denying

the motion for entry of default, Dkt. No. 71; (3) a second motion for entry of default, Dkt. No. 72; and (4) a motion to direct the Clerk's Office to file the second motion for entry of default (which it has filed), Dkt. No. 73. These motions are all **DENIED**. Plaintiff is again **ORDERED** to stop filing serial motions until the Court addresses the response to order to show cause. As the Court already explained, there is an open question about whether Plaintiff has properly served Defendant Lufthansa, and **Plaintiff is prohibited from filing anything further until the Court issues an order permitting him to do so.**[1] Plaintiff is warned, one final time, that the Court will impose sanctions, which could include dismissal of the case in its entirety, if Plaintiff continues to disobey court orders and file additional, unsolicited documents on the docket.

**IT IS SO ORDERED.**

Dated: 9/24/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

[1] The Court notes that the substantive arguments for granting the motion to dismiss as to Defendant United, Dkt. No. 65, likely apply with equal force to Defendant Lufthansa.