United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGEY FIRSOV,

Plaintiff,

v.

UNITED AIRLINES, INC., et al.,

Defendants.

Case No. 25-cv-09746-HSG

**ORDER STRIKING PLAINTIFF'S MOTION FOR LEAVE TO FILE AND MOTION FOR ENTRY OF DEFAULT AND DIRECTING DEFENDANT LUFTHANSA TO FILE MOTION TO DISMISS**

Re: Dkt. Nos. 77, 80

Both Plaintiff Sergey Firsov and Defendant Deutsche Lufthansa Aktiengesellschaft have filed serial documents on the docket without meaningfully moving this case forward. The Court has had enough.

Plaintiff initially filed this case on November 12, 2025, and both Defendant Lufthansa and Defendant United Airlines Inc. moved to dismiss the complaint. *See* Dkt. Nos. 22, 26. The Court granted the motions to dismiss, finding as relevant here that Plaintiff had failed to establish personal jurisdiction over Lufthansa. *See* Dkt. No. 50 at 5–6. Although skeptical that Plaintiff could amend the complaint to cure its many deficiencies, the Court granted Plaintiff leave to amend. *See id.* at 12. Plaintiff then amended the complaint, Dkt. No. 54, but only United moved to dismiss, Dkt. No. 55, and the Court granted that motion, Dkt. No. 65. It is not clear to the Court why Lufthansa declined to specially appear and file a motion to dismiss the amended complaint as it had done previously. Instead, Plaintiff filed for entry of default against Lufthansa under Federal Rule of Civil Procedure 55(a). *See* Dkt. No. 61. In response, Lufthansa filed objections, urging that Plaintiff did not properly serve it with the amended complaint. Dkt. No. 63. The Clerk's Office denied the request for default, noting that there was no proof of service on file regarding the

amended complaint. *See* Dkt. No. 64. The Court directed Plaintiff to show cause why the case should not be dismissed as to Lufthansa for failure to properly serve it. *See* Dkt. No. 65 at 6. The Court has not issued an order addressing whether Lufthansa has been properly served. But as noted below, Lufthansa continues to participate in this case intermittently.

Plaintiff, for his part, has filed serial motions regarding Lufthansa, despite the Court's explicit order that "Plaintiff is prohibited from filing anything further until the Court issues an order permitting him to do so." *See* Dkt. No. 75 at 2. Most recently, Plaintiff filed an administrative motion for leave to seek default against Lufthansa yet again, Dkt. No. 77, and another motion for entry of default against Lufthansa, Dkt. No. 80. These motions are **STRICKEN** as filed in violation of the Court's Order. Dkt. Nos. 77, 80.

However, the Court is also puzzled by Lufthansa's strategy to pick and choose when it responds to Plaintiff's filings. It chose not to file a motion to dismiss the amended complaint, despite having previously filed a motion to dismiss, but has filed "objections" to some (though not all) of Plaintiff's recent filings. *See, e.g.*, Dkt. Nos. 63, 81. This is a waste of everyone's time and resources. In its latest filing, Lufthansa asks the Court to dismiss Plaintiff's claims against it. *See* Dkt. No. 81. However, Lufthansa may not seek to dismiss the amended complaint in this cursory and offhand fashion. Nor may Lufthansa rely on the Court to make its arguments on its behalf. The Court therefore **DIRECTS** Lufthansa to file a motion to dismiss by November 4, 2026. The Court further **SETS** the following briefing schedule: Plaintiff shall file any opposition to the motion to dismiss by November 18, 2026; Lufthansa shall file any reply brief by November 25, 2026. The motion will be deemed submitted at that time without a hearing.

//

//

//

//

//

//

//

The only document that Plaintiff may file on the docket is an opposition to Lufthansa's motion to dismiss. Plaintiff is again warned that the Court will impose sanctions, which could include dismissal of the case in its entirety, if Plaintiff continues to disobey court orders and file additional, unsolicited documents on the docket.

**IT IS SO ORDERED.**

Dated: 10/21/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge